**REVERSE, VACATE, and REMAND; and Opinion Filed June 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01216-CV

### THE STATE OF TEXAS, Appellant
### V.
### DALLAS COUNTY, CITY OF DALLAS, IRVING INDEPENDENT
### SCHOOL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,
### DALLAS COUNTY SCHOOL EQUALIZATION FUND,
### AND PARKLAND HOSPITAL DISTRICT, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-30113**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

In this interlocutory appeal in a case involving property taxes, the State of Texas

contends the trial court erred in denying its plea to the jurisdiction based on sovereign immunity.

*See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (West 2015). Appellees agree the

State's plea to the jurisdiction should have been granted. They have filed a motion asking us to

reverse and remand so they can dismiss the State from the lawsuit. We grant appellees' motion.

We reverse and vacate the trial court's August 25, 2014 order denying the plea to the jurisdiction

and remand the cause to the trial court for further proceedings consistent with this opinion.


/Ada Brown/

ADA BROWN
JUSTICE


141216F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-01216-CV      V.

DALLAS COUNTY, CITY OF DALLAS,
IRVING INDEPENDENT
SCHOOL DISTRICT, DALLAS COUNTY
COMMUNITY COLLEGE DISTRICT,
DALLAS COUNTY SCHOOL
EQUALIZATION FUND,
AND PARKLAND HOSPITAL DISTRICT,
Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. TX-12-30113.
Opinion delivered by Justice Brown. Justices
Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, we **REVERSE** and **VACATE** the trial court's August 25, 2014 order and **REMAND** the cause to the trial court for further proceedings consistent with this opinion.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 8th day of June, 2015.

–3–